

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2019

No. 04-19-00058-CV

**HEB GROCERY COMPANY L.P.,**
Appellant

v.

Maria Del Rosario **DEL CID,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CVF-001384-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file appellee's brief is GRANTED. Appellee's brief was filed April 2, 2019.

It is so **ORDERED** on this 12th day of April, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court